```
               UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                         CRIMINAL ACTION NO. 2:00-00067

**GLENN WRIGHT**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On May 16, 2013, the United States of America appeared by John J. Frail, Assistant United States Attorney, and the defendant, Glenn Wright, appeared in person and by his counsel, Rhett H. Johnson, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Justin L. Gibson.  The defendant commenced a five-year term of supervised release in this action on October 19, 2010, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on July 25, 2000.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant on February 23, 2012, committed the state and local offense of driving on a revoked operator's license as evidenced by his guilty plea in the Magistrate Court of Kanawha County on August 21, 2012, for which he received a suspended 30-day sentence and was assessed with a fine and court costs; (2) the defendant failed to notify the probation officer within seventy-two hours of being arrested inasmuch as he was arrested on March 9, 2012, for possession with intent to distribute marijuana and failed to notify the probation officer, the charge having been dismissed on March 27, 2012; (3) the defendant left the judicial district without permission inasmuch as he contacted the probation officer on May 22, 2012, and admitted that he had recently traveled to Concord, North Carolina, without permission; and (4) the defendant failed to abide by the special condition that he spend a period of six months in a community confinement center inasmuch as he entered the program at Dismas Charities on November 13, 2012, and was discharged on March 16, 2013, for

testing positive for alcohol; all as admitted by the defendant and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of ONE (1) DAY, to be followed by a term of sixty months less one day of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit

another federal, state or local crime and the special conditions that (1) he attend group therapy as directed by the probation officer, (2) continue attend counseling sessions at Pyramid and attend AA meetings, and (3) refrain from the use of alcohol.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 16, 2013

John T. Copenhaver, Jr.
United States District Judge