UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                            CRIMINAL ACTION NO. 2:00-00067

GLENN WRIGHT

SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On September 11, 2014, the United States of America appeared by John J. Frail, Assistant United States Attorney, and the defendant, Glenn Wright, appeared in person and by his counsel, Rhett H. Johnson, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Justin L. Gibson.  The defendant commenced a sixty-month less one day term of supervised release in this action on May 9, 2013, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on May 16, 2013.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant committed the state offense of domestic battery on February 5, 2014, as evidenced by his stipulation on the record of the hearing that the government possesses sufficient proof to prove the offense by a preponderance of the evidence; (2) the defendant failed to attend intensive outpatient counseling on November 14 and 21, 2013, and group therapy on February 27, 2014, as evidenced by his admission on the record of the hearing; and (3) the defendant failed to refrain from the use of alcohol as evidenced by his admission to the probation officer on September 20 and 25, and November 22, 2013, that he had consumed alcohol, and his admission on the record of the hearing; all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not

revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE MONTHS AND ONE DAY, on each of Counts One and Two to run concurrently, to be followed by a term of forty-eight months less two days of supervised release, on each of Counts One and Two to run concurrently, upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special conditions that he (1) spend a period of six (6) months in a community confinement center and follow the rules and regulations of the facility, and participate in alcohol/drug

abuse counseling and treatment to the maximum extent feasible; and (2) abstain from the use of alcohol.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

> DATED: September 25, 2014
>
> John T. Copenhaver, Jr.
> United States District Judge

4