```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                         CRIMINAL ACTION NO. 2:00-00067

**GLENN WRIGHT**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On February 8, 2018, the United States of America appeared by John J. Frail, Assistant United States Attorney, and the defendant, Glenn Wright, appeared in person and by his counsel, George H. Lancaster, Jr., Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Justin L. Gibson. The defendant commenced a 48-month less two days term of supervised release in this action on December 29, 2014, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on September 25, 2014.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant committed the state and local offense of driving under the influence first offense on October 27, 2017, as evidenced by the defendant's stipulation on the record of the hearing that the government possesses sufficient proof to prove the offense by a preponderance of the evidence; (2) the defendant committed the federal and state offense of possession with intent to distribute controlled substances inasmuch as on October 16, 2017, he was found to be in possession of approximately 11.1 grams of heroin and approximately 10.4 grams of cocaine, as evidenced by the defendant's stipulation on the record of the hearing that the government possesses sufficient proof to prove the offense by a preponderance of the evidence; and (3) the defendant failed to abide by the special condition that he abstain from the use of alcohol as evidenced by his admission to the probation officer on May 14, 2015, by his signature on a voluntary admission form and as evidenced by his stipulation as set forth above that he drove under the influence of alcohol on October 7, 2017; all as admitted by the defendant on the record

of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **TWENTY-FOUR (24) MONTHS LESS TWO DAYS** on Count One and a term of imprisonment of **THIRTY-SEVEN (37) MONTHS** on Count Two, to run concurrently, for a total imprisonment term of **THIRTY-SEVEN (37) MONTHS.**

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: February 15, 2018

John T. Copenhaver, Jr.
United States District Judge